Petition for Arrest of Anna Lane Derenthal 296

Exhibit F

Hello
Anna Lane Derenthal is the adult daughter of Judge Holly Marie Newman Derenthal that joined in on the felony RICO ACT Conspiracy against me from her mother, detective Justin Akins, Elected sheriff of Osceola County Marcos R. Lopez and 25 other dishonest highly corrupt officials that I sued in federal court and I made public criminal complaints calling for their arrest for covering up the abuse of my 4 and 5 year old from their mother Nantita Seoane and her pornfan prostitution client boyfriend Noel Arron Marquis a well documented with police officer for Customs and Border Patrol. Anna caused two Criminal charges against me because of her and detective Justin Akins lies and perjury in sworn affidavit arrest warrents as well as perjury in both their depositions which they both admit to in their depo's. Anna says in her depo I posted a "Physical Threat" and "Threatening to sexually assualt me and put me on Only fans." Then when drilled about the truth of her perjury she admits that the post was acually made by a username of her father Micheal Derenthal on a open post anonymous website Noelleaks.com and the post didnt threaten her at all but rather offered her one million dollars to have sex with Donny Long. Like most of the now 7 false arrest and 13 bogus fraudulant criminal

charges and this one was also dropped before trial as well as the two bogus fraudulant seperate charges and seperate arrest caused by her father Micheal Derenthal's lies and perjury also. Holly, Anna and Micheal Derenthal's belong in prison for their crimes against me and my family. Feel free to let me know if you want all the evidence of their crimes including their depo's or contact any of my 4 private lawyers. I been falsely imprisoned now almost two years trying to get to trial to prove my innocence and they keep pushing my trial to keep me quiet and in jail but I will be quiet no more. This and much more is now being mailed to many media groups, with everyone's names that keep refusing to investigate and arrest them all. Therefore I pray you help in getting me and my kids legal justice FINALLY??? I await your responce and I can be reached on the jail messaging tablet through smartinmate.com Inmate ID: 1277492 or a video call through Icsolutions.com or US Mail at 402 Simpson RD. Kissimmee, FL 34744

Thanks and GOD Bless, Donald Carlos Seoane

6-4-25

# FACTS

1. Justin Akins is a detective with the Osceola County Sheriff's office for almost twenty years. Akins is very well known amongst the local lawyers and prosecutors for his perjury on sworn arrest warrents and perjury in the courtroom.

2. Justin Akins was assigned my criminal complaints and instructed by his superiors to investigate my sworn criminal complaints against Judge Holly N. Derenth and several others.

3. When Akins refused to investigate I sent him and the sheriff Marcos R. Lopez and several other Sheriff's a intent to sue letter and then also started to call for their arrest all over social media.

4. In return Akins filled sworn arrest warrents with total blantant lies and perjury to have me silenced by falsely imprisoning me. I been falsely imprisoned now for almost two years with no bond all because of Akins lies. 7 arrest 13 charges since my first false arrest by Osceola County Sheriff's office. All charges have been beat by a Jury, dropped right before trial or Nol Prosed except one arrest and 3 charges I'm waiting to prove my innocence to a Jury.

5. I'm asking for Justin Akins arrest for his crimes against me and my Kids and you to see his affidavits, depositions, emails and more I have Attached. Thank You, Donald Seoane

So as you can see in the 13 pages of Exhibits of emails between me and Justin Akins had no interest in investigation. My criminal Complaints against Judge Derenthal or anyone else for that matter. Akins has such a outragously huge reputation for his perjury on sworn statements locally between lawyers and prosecuters that my first lawyer was told about it from a 20 year prosecuter that guessed who the detective was that did this all to me. So aside from the current pending 3 criminal charges based off pure lies and perjury in Akins arrest warrents there was also two charges from Micheal Derenthal being the victim and two more from Anna Derenthal AND two more that were punishable by life involving my fiance I lived with and have a child with Chell. One of these charges was human sex traffiking. All six of these charges were dropped before trial as it was nothing more than Akins' lies and to prove it see the "Affidavit in support of declination of Prosecution" Attached from Chell. There is also a video interrogation of her saying the opposite of what he lies about in his sworn arrest warrents So I ask you what does it take to at the very least arrest this corrupt detective for his crimes against me and my kids???

Thanks, Donald Seoane

P.S. Akins also listened to jail calls with me and my lawyer and then went and threatened my fiance and neighbors not to talk to my lawyers

JQC Criminal complaint against corrupt criminal famous way 300
honorable Judge Holly Marie Newman Derenthal.

I have said in court under oath, in sworn filings and sworn criminal complaints countless times I challenge anyone to criminally charge me with perjury and or false reports to a LEO or more if anything I'm saying is untruthful but when you don't then go and finally properly investigate these peoples crimes and make arrest but everytime neither ever happens which just proves how blatantly in your face criminal and corrupt everyone is and shows everyones crimes of covering up others crimes. MANY MANY people have committed countless felonys against me and my kids including but not limited to felony violation of Oath of office, Felony Aiding and Abetting, Felony child Endangerment, Felony Exparte, Felony official Misconduct, Felony Falsifing of official documents, Felony Perjury and many more. Judge Derenthal, me and my lawyers can now prove has committed all of the above with the recent release of my children's Child Forensic interview video tapes that proves the child abuse she covered up as well as all the perjury in Derenthal's Deposition with my lawyer. Again all I'm asking is for a proper criminal investigation to finally be done and all the real evidence to finally be looked at that prove this criminals countless crimes against me and my children before I'm finally release from my false imprisonment. I plan to put EVERYTHING ALL OVER WORLD NEWS with everyone's names all over it. I also got more than 20 books I will be publishing soon about this mess you all have created by not doing your jobs. Some of the top five news media agencies in the world have

already contacted my lawyer because of my previous fame you may or may not be aware of. Also take notice that hundreds of copies of this complaint will be mailed via US Mail to hundreds of people in high government and media and if you continue to violate all your oath of office covering up Judge Derenthal's crimes I will also be calling for all your arrest. So this is the 5TH complaint in two years I file against this criminal and because of you all not doing anything about my last 4 complaints I been sitting in jail with no bond for almost two years now. This compulsive lying criminal not only hide the abuse of my 3 children as I stated in my last 4 complaints two years ago but now finally me and my lawyers can prove it. See a different Judge in a different case finally ordered the release of my 3 Kids forensic video interviews where they disclose the abuse and prove Derenthal's perjury in her victim Depo in my criminal cases involving her. Derenthal has committed perjury all over her sworn statement to police to have me falsely imprisoned and silenced and fraudulantly charged and held without bond for "Threatening a Judge" and "Extortion of a Judge" which in reality never ever happened. Furthermore she has lied under oath on the witness stand as the victim in my criminal cases and most recently lied all over her sworn testimony in her deposition with my lawyer to cover her crimes and now we can prove it. OK see page 3 of "Judge Holly Marie Newman Derenthal's crimes."

Judge Holly N. Derenthal had only been a Judge about a week when she got on my very complicated divorce and Injunction cases I filed on behalf of my 4 and 5 year old towards their Thai immigrant, Porn star, Prostitute, drug addict mother Nantita Seoane, for sexual abuse of our children. The honorable Judge Micheal Snure had granted because he Knew the family history for a very long time and was the Judge on our divorce case also. After my wifes two very well connected lawyers came into the courtroom at a emergency hearing for 100 percent child custody in my divorce case and sat at the lawyers table threatening him, he recused himself and walked out before the hearing even got started. They both were no longer even on this case and had withdrawn several months prior after Judge Snure took the case which I believe had something to do with a personal conflicted relationship with Judge Snure. Her two lawyers Jennifer Jane Watson and Sara Vance are two man hating extreme feminist that work for The Help Now Shelter Aiding fake domestic violence victim women for free while they rape and pillage government grant and tax dollars on a flat rate and they are well Known to be compulsive liars and very powerful. This is when Derenthal got onto my cases while committing exparte with my wifes lawyers that now signed back onto all my cases now that there buddy Judge Derenthal had my cases. The three of them railroad me and my kids for months

covering my wifes and her federal agent police officer for customs and Border patrol prostitution client pimp boyfriends physical and sexual abuse of my children and then dismissed my injunction and took away my custody illegally. Then Derenthal did the unthinkable teaming up with a detective that I was calling for his arrest also for not investigating the Judge and the both of them had me falsely arrested based off Derenthal and Detective Justin Akins pure lies and perjury. 7 arrest and 13 bogus charges now and all have been beat down to one false arrest and 3 charges while I'm still falsely imprisoned for almost two years now waiting Jury trial for my last case to prove my innoccence. Now see "Derenthal Depostion Perjury" document.

I don't personally have Derenthal's depo but I have notes from my lawyers questioning and Derenthal's outragous perjury all over it but feel free to contact my lawyer about it. In her depo she lies and commits perjury during the following statements. Derenthal denies her family including her husband and two daughters have personal and bussiness relationships with my wifes lawyer Jennifer Watson and Sara Vance. (Fact is Derenthal and the family own and run Derenthal Real Estate, Lakefrontproperties.com and it's company and her exhusband Micheal Derenthal also works for Kellar Williams Real Estate. My wifes lawyer Jennifer Watson Real Estate.) When asked about my kids CPT tapes she ordered twice and then hid for my wifes lawyers she first claims she doesnt remember ordering them but then when read her orders she then plays stupid and claims she remembers getting the CPT Tapes in chambers and she also claims she then viewed them. She says none of my kids said they saw their mother naked recording herself in a sexual video. Derenthal then admits though that she did see a motion with the children's four child counsler reports as well as a seperate sworn statement from the counsler saying the kids did say mom was naked making a sexual video infront of them. Now the state ends up stopping the questioning about Derenthal's crimes and cover ups as she get's caught lying so much and my lawyer says

305

She will will be moving for a second depo to be done on Derenthal and will be certifying the questions to be answered later. Now she lies about how she knew her daughter Anna Lane Derenthal was being anonymosley posted about online on a website she claims I owned (which in reality she knew about from motions and also knew I didnt own the website). Now she says people reached out concerned about her safety so she reached out to Cindy Schmidt the general counsel for the 9TH Circuit. Cindy refered her to someone that looked into any saftey issues or threats in my online post and they reported back. She said they reported back like a screener and said there were no safety concerns. (Please note this is when Derenthal teamed up with detective Justin Akins to have me falsely arrested and silenced from the internet because I was now online calling for both their arrest for both of all their crimes.) She then lies in her depo and says her kids were being targeted and threatened, Anna Lane Derenthal and Sadie Derenthal which are both adults by the way.) She then lies and claims I said I was going after her kids cause she went after mine. She then lies and claims I said I made more threats to her but when pressed about what threats, she then studders and does a bunch of back tracking and says well I called her a bitch and cunt but she can't remember the threats. Then she says well I threatened to put her in jail. Now she admits the screener

 306

the ninth did said they didnt see that she was ever threatened and that I was just up set. Throughout her whole depo she admits to lying, perjury and countless of her crimes. Then she lies and claims she was never served my federal lawsuit against her but then admits she saw it in one of my pleadings. (This lie was as stated in the Motion to recuse with the lawsuit in the Exhibit, she legally now had to recuse herself but again denied the motion.) So now in the depo when pressed about if she saw the need to recuse herself now that I was suing her in federal court now she lies again claiming she didnt know about it. Now she is reminded about it in my motion to recuse she already admitted to seeing. Now she says she doesnt remember again. (Fact is I sued her and her JA and emailed it to both of them and filed it in a motion to recuse telling her about it as grounds for recusal which she denied). She then admits the screener came back saying there were no threats of harm. Then she admits she was going to monthly meetings in Dubstred in Orange County at a bar where family law lawyers meet and talk about family law and at one of those meetings a lawyer that I had consulted with to retain, told her about my postings and told her to contact the 9TH Cindy Schmidt. So what I'm asking for is a proper criminal investigation to now be done off all the evidence in sworn affidavits, depositions, CPT Tapes, hearing transripts and more and the law to finally be upheld. Please see letters and info attached.

Thanks and GOD bless, Donald Seoane [signature]